# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 614
:
OMNIBUS AMENDMENTS TO THE :
REGULATIONS OF THE : JUDICIAL ADMINISTRATION DOCKET
PENNSYLVANIA JUDICIAL ETHICS :
ADVISORY BOARD :
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of February, 2024, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, **IT IS ORDERED** that:

 The Regulations of the Pennsylvania Judicial Ethics Advisory Board are amended in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective immediately.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.